UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERYL POMPONIO,

    Plaintiff,

v.

SIDDHARTH CHAWLA, et al.,

    Defendants.

Case No. 21-cv-08649-DMR

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On November 5, 2021, Plaintiff filed suit alleging violations of the Americans with Disabilities Act ("ADA") and state law. [Docket No. 1.] According to the certificates of service filed with the court, Defendants were served on or around November 24 and 29, 2021. [Docket Nos. 9, 10.] According to this district's General Order 56 and this matter's scheduling order for cases asserting denial of right of access under the ADA (*see* Docket No. 5), Plaintiff's notice of need for mediation was due on or about February 28, 2022. When no timely notice was filed, the court ordered Plaintiff to submit a report on the status of this case by March 8, 2022. Plaintiff failed to do so. Accordingly, Plaintiff is ordered to respond by **March 16, 2022**, and show cause why this matter should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: March 9, 2022



_____
Donna M. Ryu
United States Magistrate Judge